# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **Plaintiff,** | : |
| v | : CASE NUMBER: 4:09-CR-00006-CDL-MSH |
| **DEREK FERGUSON,** | : |
| **Defendant** | : |

## ORDER

After consideration of the Petition by the United States of America and the statements of fact contained therein, in accordance with the authority of Title 18, United States Code, Section 3573,

IT IS HEREBY ORDERED, that all of the unpaid portion of the fine and assessment imposed against Defendant, including interest or penalties, if any, is hereby REMITTED.

SO ORDERED, this **18th** day of **October, 2023**.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA